**DISMISS; and Opinion Filed May 24, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00110-CV

**PAULA WILLIE AND ALL OTHER OCCUPANTS, Appellants**
**V.**
**THE PLACE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06059-B**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

This is an appeal from an eviction suit initiated in justice court by appellee against appellants of a certain apartment in Mesquite, Texas. As reflected in the record, the justice court rendered judgment in favor of appellee on October 16, 2018, and appellants appealed to the county court by filing a State of Inability to Afford Payment of Court Costs or an Appeal Bond on October 23, 2018. The county court also rendered judgment in favor of appellee and appellants filed this appeal.

Because an appeal from a justice court judgment in an eviction case must be filed no later than five days after the judgment is signed and appellants filed their appeal seven days later, we questioned the county court's jurisdiction over the appeal and, in turn, our jurisdiction. *See* TEX. R. CIV. P. 510.9(a) (deadline for appealing justice court judgment in

eviction case); *Wetsel v. Fort Worth Brake, Clutch, and Equip., Inc.*, 780 S.W.2d 952, 954 (Tex. App.—Fort Worth 1989, no writ) (untimely appeal from justice court deprives county court of jurisdiction to review justice court's judgment); *First State Bank & Trust Co. of Port Lavaca v. Vector Corp.*, 427 S.W.2d 958, 960 (Tex. Civ. App.—Waco 1968, writ ref'd n.r.e.) (appellate court jurisdiction extends no further than trial court's). We directed appellants to file a letter brief addressing our concern, but more than ten days have passed, and appellants have not responded.

When, as here, the trial court lacked jurisdiction, we must set aside the judgment and dismiss the cause. *See Dallas Cty. Appraisal Dist. v. Funds Recovery, Inc.*, 887 S.W.2d 465, 468 (Tex. App.—Dallas 1994, writ denied). Accordingly, we set aside the county court's judgment and dismiss the cause. *See id.*

/Ada Brown/
ADA BROWN
JUSTICE

190110F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
# JUDGMENT

PAULA WILLIE AND ALL OTHER
OCCUPANTS, Appellants

No. 05-19-00110-CV          V.

THE PLACE APARTMENTS, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-06059-B.
Opinion delivered by Justice Brown. Justices
Bridges and Nowell participating.

In accordance with this Court's opinion of this date, the trial court's January 18, 2019 judgment is **SET ASIDE** and this cause is **DISMISSED**.

It is **ORDERED** that appellee THE PLACE APARTMENTS recover its costs of this appeal from appellants PAULA WILLIE AND ALL OTHER OCCUPANTS.

Judgment entered this 24th day of May, 2019.